1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MIGUEL ANGUIANO
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 09-452 GEB
                                )
12           Plaintiff,         ) STIPULATION AND ORDER
                                )
13      v.                      ) Date:  December 4, 2009
                                ) Time:  9:00 a.m.
14 MIGUEL ANGUIANO,             ) Judge: Hon. Garland E. Burrell
                                )
15           Defendant.         )
   _____)
16

17      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

18 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

19 attorney for Mr. Anguiano, that the Court should vacate the status

20 conference scheduled for December 4, 2009, at 9:00 a.m., and reset it

21 for January 29, 2010, at 9:00 a.m.

22      Counsel requires the continuance in order to review the Advisory

23 Guideline Presentence Investigation Report with Mr. Anguiano, and to

24 review a forthcoming plea offer from the government.

25      It is further stipulated by the parties that the Court should

26 exclude the period from the date of this order through January 29,

27

28 STIPULATION AND [PROPOSED ORDER]         1                     09-394 GEB

1  2010, when it computes the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act.  The parties stipulate that the ends of justice served by granting
4  Mr. Anguiano's request for a continuance outweigh the best interest of
5  the public and Mr. Anguiano in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: November 30, 2009        Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

14 Dated: November 30, 2009        LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ M.Petrik for Michael D. Anderson
                                   _____
                                   MICHAEL D. ANDERSON
                                   Assistant U.S. Attorney


**ORDER**

   **IT IS SO ORDERED.**  The Court orders time excluded from the date of
this order through the status conference on January 29, 2010, pursuant
to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  December 1, 2009

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                         09-394 GEB