```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    MIGUEL ANGUIANO
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-452 GEB |
| --- | --- |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: January 29, 2010 <br> ) Time: 9:00 a.m. |
| MIGUEL ANGUIANO, | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Anguiano, that the Court should vacate the status conference scheduled for January 29, 2010, at 9:00 a.m., and reset it for February 26, 2010, at 9:00 a.m.

   Counsel requires the continuance in order to review the Advisory Guideline Presentence Investigation Report with Mr. Anguiano, and to review a plea offer from the government.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 26, 2010, when it computes the time within which the trial of the above

STIPULATION AND [PROPOSED ORDER]     1                    09-452 GEB

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Anguiano's request for a continuance outweigh the best interest of the public and Mr. Anguiano in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 28, 2010                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant


Dated: January 28, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Michael D. Anderson
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on February 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  January 28, 2010

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

STIPULATION AND [PROPOSED ORDER]       2                          09-452 GEB