Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
MIGUEL ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    vs.<br><br>MIGUEL ANGUIANO<br><br>    Defendant | No. 2:09-CR00452-01<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>DATE: April 23, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland Burrell |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and the defendant, MIGUEL ANGUIANO by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Friday April 23, 2010 be continued to Friday May 21, 2010 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure

1  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
2  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance
3
4  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
5  3161(h)(8)(A).
6
7  DATED:  April 22, 2010
8                                                          Respectfully submitted,
9                                                           _/s/ Preeti Bajwa_____
10                                                         PREETI K. BAJWA
                                                           Attorney for Defendant
11                                                         MIGUEL ANGUIANO
12
13
14  DATED: April 22, 2010                         BENJAMIN WAGNER
                                                           United States Attorney
15
16                                                          _/s/ Michael Anderson_____
                                                           MICHAEL ANDERSON
17                                                         Assistant U.S. Attorney
                                                           Attorney for Plaintiff
18
19
20
21                                              **ORDER**
22
         IT IS SO ORDERED. Time is excluded from today's date through and including
23
24  May 21, 2010 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv)
25  [reasonable time to prepare] and Local Code T4.
26
27  DATED: 5/7/10
28
                                                           _____
                                                           GARLAND E. BURRELL, JR.
                                                           United States District Judge